# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JEFFERSON BURNS,<br><br>Petitioner,<br><br>v.<br><br>JAMES MACDONALD, Warden,<br><br>Respondent. | Case No.  1:12-cv-01820 GSA HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR DEFAULT JUDGMENT<br><br>[ECF NO. 10] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

On December 13, 2012, the Court dismissed the petition and terminated the case. Judgment was entered on the same date.  On October 3, 2013, Petitioner filed the instant request for a default judgment.  Petitioner complains that the California Supreme Court has not acted on his petition for review of his claims within a reasonable time period.  Petitioner is advised that his federal habeas case was terminated on December 13, 2012.  Therefore, the motion must be denied for lack of jurisdiction.  In addition, federal courts do not exercise supervisory powers over state courts. Victor v. Nebraska, 511 U.S. 1 (1994).  Petitioner's remedy lies with the state court.

///

///

///

1

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for default judgment is DENIED.

IT IS SO ORDERED.

Dated:   **October 7, 2013**                              **/s/ Gary S. Austin**
                                                                             UNITED STATES MAGISTRATE JUDGE